# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**CEDRIC HAYES,**

           **Petitioner,**

    **v.**                                  **Case No. 18-C-0287**

**ROBERTY HUMPHREY,**

           **Respondent.**

___

## ORDER

Cedric Hayes has filed a petition pursuant to 28 U.S.C. § 2254 along with a motion for stay and abeyance under *Rhines v. Weber*, 544 U.S. 269 (2005). The respondent has filed a brief in opposition to the motion for stay and abeyance. **IT IS ORDERED** that the petitioner may file a reply brief in support of his motion for stay and abeyance, and that any such reply brief must be filed on or before **May 7, 2018**.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2018.

                                      s/ Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge